IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GARY OWEN and NINA COLLINS,
Administrators of the Justin Patrick
Owen Estate                                                    PLAINTIFFS

v.                              No. 4:26-cv-44-DPM

JERRY WAYNE DICKEY                                          DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.  The Court retains jurisdiction until 8 June 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

6 April 2026